IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the matter of: | In proceedings under Chapter 13 |
| NINA L HOUSTON | Case No. 19-17843 |
| | Judge PAMELA S. HOLLIS |
| | Conf. Date: 09/06/2019 |
| Debtor(s) | Conf. Time: 11:30 A.M. |

**OBJECTION TO CONFIRMATION**

  NOW COMES, Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee, by and through its counsel, THE LAW OFFICES OF IRA T. NEVEL, LLC and hereby objects to Confirmation of the Debtor's Chapter 13 Plan based on the understated mortgage arrears set forth therein as allegedly due Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee, and in support thereof, states as follows:

  1. On June 24, 2019 the Debtor(s) filed a voluntary petition for protection afforded by Chapter 13 of the United States Bankruptcy Code.

  2. That Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee is the current holder of a First position mortgage lien on the real property commonly known as 20006 MONTERRY, LYNWOOD, IL 60411.

  3. The Mortgage/Trust Deed and Note at issue with respect to the real property referenced above have been and remain, delinquent.

  4. Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee has will file a Proof of Claim for mortgage arrears/related charges in the approximate sum of $16,823.26.

  5. The Debtor(s) have filed a Plan which sets forth arrears due Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee in the sum of $0.00 thereby understating the actual arrears outstanding as of the date of filing the petition. (A copy of the plan is attached hereto as Ex. A.)

  6. That in the event the Plan as proposed is confirmed, Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee will be prejudiced by the disbursement of insufficient funds in alleged satisfaction of its outstanding claim and possibly, forever barred from recovering same.

  7. That confirmation of the plan as proposed will be in violation of 11 USC §1325.

8. That Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee is seeking the recovery of attorney fees and costs, expended and/or incurred as a result of this objection, pursuant to the terms of the underlying secured instruments.

*WHEREFORE*, Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee, hereby objects to the confirmation of the plan as proposed and prays this Court to order the modification of same in accordance thereto or for the denial of confirmation.

        Law Offices of Ira T. Nevel, LLC


        */s/ Timothy R. Yueill*
        By:  Timothy R. Yueill, Esq.
        Counsel for Towd Point Mortgage Trust 2018-2, U.S.
        Bank National Association, as Indenture Trustee

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Aaron Nevel
Joseph Baldwin
175 North Franklin St. Suite 201
Chicago, Illinois 60606
(312) 357-1125
Pleadings@nevellaw.com
PO
# 19-02977